IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02195-PAB-MEH

MARSHA ATENCIO,

    Plaintiff,

v.

KING SOOPERS,
ANN PIERCE,
SCOTT BRINSON,
NASH FORACI, and
CHARLES BIGLEN,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 17, 2012**.

    The Stipulated Motion to Amend the Case Caption [filed February 16, 2012; docket #14] is **granted**. The Clerk of the Court is directed to amend the case caption by replacing Defendant Dillon Companies, Inc. with King Soopers.