IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02195-PAB-MEH

MARSHA ATENCIO,

      Plaintiff,

v.

KING SOOPERS,
ANN PIERCE,
SCOTT BRINSON,
NASH FORACI, and
CHARLES BIGLEN,

      Defendants.

_____

**ORDER SETTING CASE FOR TRIAL**
_____

This matter has been scheduled for a four-day jury trial on the docket of Judge

Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th

Street, Denver, Colorado, to commence on **November 5, 2012 at 8:00 a.m.**

A Trial Preparation Conference is set for **October 19, 2012 at 1:30 p.m.**

Counsel who will try the case shall attend in person.

In the absence of a previously-imposed deadline, all motions to exclude expert

testimony must be filed **sixty days** before the trial preparation conference.

**Fourteen days** before the trial preparation conference, counsel and any pro se

party shall submit proposed jury instructions and verdict forms.  The jury instructions

shall identify the source of the instruction and supporting authority, e.g. § 103, Fed. Jury

Practice, O'Malley, Grenig, and Lee (5th ed.).  The parties shall submit their instructions

and verdict forms both via CM/ECF <u>and</u> by electronic mail to

**brimmer_chambers@cod.uscourts.gov** in Word Perfect format (Word Perfect 12 or a

later version) or Word format.  Verdict forms shall be submitted in a separate file from

jury instructions.  Within the jury instruction file, each jury instruction shall begin on a

new page.

 Each instruction should be numbered (e.g., "Plaintiff's Instruction No. 1") for

purposes of making a record at the jury instruction conference.  The parties shall

attempt to stipulate to the jury instructions, particularly "stock" instructions and verdict

forms.

In diversity cases where Colorado law applies, please submit instructions and

verdict forms that conform to CJI-Civ 4th.

**Seven days** before the trial preparation conference, the parties shall file via

CM/ECF (1) their proposed *voir dire* questions; (2) their witness lists; and (3) their

exhibit lists.  Forms of the witness and exhibit lists are found at

http://www.cod.uscourts.gov/Judges/Judges.aspx.  Please add at least ten additional

blank rows at the end of the exhibit list to accommodate any additional exhibits that

may be introduced at trial.

To the extent the deadlines and other provisions of this order conflict with this

Court's Practice Standards, this order shall control.

The parties shall be prepared to address the following issues at the Trial

Preparation Conference:

1)      jury selection;

2)      sequestration of witnesses;

3)      timing of presentation of witnesses and evidence;

4)      anticipated evidentiary issues;

5)      any stipulations as to fact; and

6)      any other issue affecting the duration or course of the trial.


DATED June 15, 2012.

BY THE COURT:


 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge